## COBB v. GEORGIA.

No. 51, Misc.   Decided October 9, 1967.

*Jack Greenberg, James M. Nabrit III, Michael Meltsner* and *Howard Moore, Jr.,* for petitioner.

*Arthur K. Bolton,* Attorney General of Georgia, *G. Ernest Tidwell,* Executive Assistant Attorney General, *Marion O. Gordon,* Assistant Attorney General, and *George D. Lawrence,* Solicitor General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Whitus* v. *Georgia,* 385 U. S. 545.

## PHILLIPS v. INDIANA.

No. 288, Misc.   Decided October 9, 1967.

*William C. Erbecker* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.